IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION



| | |
|---|---|
| STATE OF TEXAS, § <br> § <br> Plaintiff, § <br> § <br> v. § <br> § <br> EQUAL EMPLOYMENT OPPORTUNITY § <br> COMMISSION *et al.*, § <br> § <br> Defendants. § | 2:21-CV-194-Z |

## ORDER

Before the Court is parties' Joint Report (ECF No. 23) regarding a court-issued Scheduling Order. Having considered the Joint Report, the Court **ADOPTS** parties' proposed deadlines. *See* ECF No. 23 at 2–3. The Court **ORDERS** parties to comply with the deadlines listed in the Joint Report. Based on parties' statements, the Court does not anticipate discovery or trial will be necessary at this time. *Id.* at 3. Parties are to notify the Court "[i]n the event changed circumstances lead either Party to alter its position as to whether discovery is appropriate in this case." *Id.* Parties are to do the same regarding trial.

March 7, 2022

_____
MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE