IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION



| | | |
|---|---|---|
| STATE OF TEXAS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | 2:21-CV-194-Z |
| | § | |
| EQUAL EMPLOYMENT OPPORTUNITY | § | |
| COMMISSION, *et al.*, | § | |
| | § | |
| | § | |
| Defendants. | § | |

**ORDER**

Before the Court is Defendants' opposed Motion for Extension of Summary Judgment Briefing (ECF No. 44). Plaintiff State of Texas is ordered to respond by **11:59 p.m. (CDT) today, Wednesday, May 4, 2022**.

**SO ORDERED**.

May **4**, 2022

_____
MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE