IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION



| | | |
|---|---|---|
| STATE OF TEXAS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | 2:21-CV-194-Z |
| | § | |
| EQUAL EMPLOYMENT OPPORTUNITY | § | |
| COMMISSION, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## ORDER

Before the Court is Plaintiff State of Texas's Unopposed Motion for Extension of Remaining Briefing Deadlines ("Motion") (ECF No. 59), filed on June 29, 2022. The Court has twice extended parties' summary-judgment briefing deadlines. *See* ECF Nos. 47, 52. Plaintiff now asks the Court to extend those deadlines a third time. *See* ECF No. 59.

"The federal courts are vested with the inherent power to 'manage their own affairs so as to achieve the orderly and expeditious disposition of cases.'" *Woodson v. Surgitek, Inc.*, 57 F.3d 1406, 1417 (5th Cir. 1995) (quoting *Link v. Wabash R.R. Co.*, 370 U.S. 626, 630 (1962)); *see also* U.S. CONST., art. III, § 1. "This power is necessarily incident to the judicial power granted under Article III of the Constitution." *Id.*; *see also Nat. Gas Pipeline Co. of Am. v. Energy Gathering, Inc.*, 2 F.3d 1397, 1406 (5th Cir. 1993). Exercising such power — and in the interest of judicial expediency — the Court **DENIES** parties' Motion.

**SO ORDERED**.

July __1__, 2022

MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE