IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| STATE OF TEXAS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | 2:21-CV-194-Z |
| | § | |
| EQUAL EMPLOYMENT OPPORTUNITY | § | |
| COMMISSION, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## JUDGMENT

Of equal date herewith, the undersigned United States District Judge issued an Opinion and Order GRANTING IN PART and DENYING IN PART Defendants' Motion for Summary Judgment and GRANTING IN PART and DENYING IN PART Plaintiff's Cross-Motion for Summary Judgment. Consistent with the Court's Opinion and Order, the Court:

- GRANTS summary judgment for Defendants on Counts II and VIII of Plaintiff's Amended Complaint;
- GRANTS summary judgment for Defendants with respect to Count IX of Plaintiff's Amended Complaint as it relates to the June 15 Guidance;
- GRANTS summary judgment for Plaintiff on Counts I, III, IV, V, VI, VII, and X of Plaintiff's Amended Complaint;
- GRANTS summary judgment for Plaintiff with respect to Count IX of Plaintiff's Amended Complaint as it relates to the March 2 Guidance;
- DECLARES the June 15 Guidance and March 2 Guidance unlawful; and
- VACATES and SETS ASIDE the June 15 Guidance and March 2 Guidance.

On a timely motion and to the extent allowed by law, Plaintiff shall be entitled to reasonable attorney's fees and court costs. The Court DENIES all other relief not expressly granted herein.

Judgment is rendered accordingly.

October __1__, 2022

*[signature]*

MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE